AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the

District of Nevada

| MARY FRUDDEN, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:11-cv-00474-RJC-VPC |
| KAYANN PILLING, et. al. | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KayAnn Pilling
4590 Lynnfield Court
Reno, NV 89519

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mary Frudden and Jon E. Frudden
1902 Carter Dr.
Reno, NV 89509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____10/18/2011_____

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the

District of Nevada

| MARY FRUDDEN, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:11-cv-00474-RJC-VPC |
| KAYANN PILLING, et. al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dina Hunsberger
55 Sawbuck Road
Reno, NV 89519

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mary Frudden and Jon E. Frudden
1902 Carter Dr.
Reno, NV 89509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/18/2011

*Signature of Clerk or Deputy Clerk*