AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MARY FRUDDEN, et al.,

    Plaintiffs,

V.

KAYANN PILLING, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-CV-00474-RCJ-VPC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** the Motion to Dismiss (#7) is **GRANTED**. The federal claims, the breach of special relationship claim, the misrepresentation claims, and the Chapter 239 claim are dismissed with prejudice.

    **IT IS FURTHER ORDERED** that the Motion for Judicial Notice (#12) is **DENIED**.

    January 31, 2012                     **LANCE S. WILSON**
                                              Clerk

                                              D. R. Morgan
                                              Deputy Clerk