BEAU STERLING
Nevada Bar No. 6833
STERLING LAW LLC
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
(702) 583-3333 (phone)
(702) 583-3330 (fax)
Email: *bsterling@sterlinglaw.com*
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| Mary Frudden and Jon E. Frudden, | 3:11-cv-00474-RCJ-VPC |
| Plaintiffs, | District of Nevada, Reno |
| vs. | |
| Kayann Pilling, Roy Gomm Uniform Committee, Heath Morrison, Lynn Rauh, Washoe County School District, and Debra Biersdorff, | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Mary Frudden and Jon E. Frudden, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment [Doc. 18], entered in this action on the 31st day of January, 2012 and from all rulings and orders made appealable thereby, including the

. . . .

. . . .

. . . .

. . . .

order granting defendants' motion to dismiss [Doc. 17], entered in this action on the same day.

DATED: February 27, 2012.

                                      Respectfully Submitted,

                                      */s/ Beau Sterling*
                                      -------------------------------------------
                                      BEAU STERLING

                                      EUGENE VOLOKH
                                      Mayer Brown LLP
                                      UCLA School of Law
                                      405 Hilgard Ave.
                                      Los Angeles, CA 90095
                                      (310) 206-3926 (phone)
                                      (310) 206-6489 (fax)
                                      volokh@law.ucla.edu

                                      *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on this day, the 27th day of February, 2012, I submitted the foregoing document for filing and service via the court's CM/ECF electronic filing system. Registered users will automatically receive electronic service of this document.

I further certify that, on this same day, I served this document by First Class United States Mail, postage prepaid, on the persons listed below:

Mary Frudden
1902 Carter Dr.
Reno, NV 89509

Jon E. Frudden
1902 Carter Dr.
Reno, NV 89509

*/s/ Beau Sterling*
-------------------------------------------
BEAU STERLING