# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JON E. FRUDDEN, etc. | ) | 3:11-cv-00474-RCJ-WGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| KAYANN PILLING, et al., | ) | |
| Defendants. | ) | |

Before the court is "Plaintiffs' Notice to Magistrate Judge William G. Cobb of Agreement by Parties Regarding Initial Disclosures Required By Fed. R. Civ. P 26(a)(1)(A) and (Proposed) Order Approving Agreement." (Doc. #55).[1]  Despite the language contained in the Notice about certain positions the parties have apparently adopted with regard to discovery productions under Fed. R. Civ. P. 26(a), the intent of the Notice appears to be an expression that the parties have agreed to extend their Rule 26 production deadline to August 1, 2014.  However, insofar as the Notice purports to reflect a stipulation of counsel, the Notice is not in conformity with Local Rule 7-1 which requires stipulations to be signed by counsel for the parties to be bound.  The Notice does not contain the signature of Defendants' counsel (or the approved signature format of Special Order 109(V)).

Despite the infirmities of Plaintiffs' "Notice," the court extends the parties Rule 26(a)(1)(A) disclosure deadline to August 1, 2014.

DATED:  July 23, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

---

[1] The court assumes the reference in Plaintiff's Notice to "Rule 12(f)" (Doc. #55 at 1) is actually meant to refer to Fed. R. Civ. P. 26, not Fed. R. Civ. P. 12.