# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JON E. FRUDDEN,<br><br>    Plaintiff,<br><br>vs.<br><br>KAYANN PILLING, *et al.,*<br><br>    Defendants. | Case No.: 3:11-CV-00474-RCJ-VPC<br><br>**ORDER VACATING STATUS CONFERENCE SET ON MAY 29, 2018 AND RESCHEDULING AS TELEPHONIC STATUS CONFERENCE ON MONDAY, JUNE 18, 2018** |

IT IS HEREBY ORDERED that the Status Conference currently set for 10:00 AM, Tuesday, May 29, 2018, in Reno Courtroom 3, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that the Status Conference is RESCHEDULED as a TELEPHONIC STATUS CONFERENCE set for 10:00 AM, Monday, June 18, 2018, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Friday, June 8, 2018.

Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 061818. The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

IT IS SO ORDERED this 16th day of May, 2018.

_____
ROBERT C. JONES
District Judge