# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JON E. FRUDDEN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KAYANN PILLING, *et al.*,<br><br>　　　　Defendants. | Case No.: 3:11-CV-00474-RCJ-VPC<br><br>**NOTICE TO PARTIES** |

　　This matter is before this Court on Plaintiffs' Notice of Unavailability (ECF No. 123). The parties should note that there is no local rule in our Court providing for the filing of same, and no federal rule supporting same. While the Court is not precluding anyone from filing same, and as a matter of professionalism and courtesy they should be considered, the parties should understand that these filing have no legal significance.

　　IT IS HEREBY ORDERED that Plaintiffs' request for a two week extension of time in the event the Court enters any order during the period of time beginning July 2, 2018 until July 16, 2018 is DENIED.

　　IT IS SO ORDERED this 2nd day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　District Judge