UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JON FRUDDEN, as parent and guardian of his minor children JOHN DOE and JANE DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>KAYANN PILLING, et al.,<br><br>Defendants. | CASE NO.: 3:11-cv-0474-RCJ-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their respective counsel of record, having settled all claims in this matter, hereby stipulate to dismiss this matter with prejudice pursuant to LR 7-1 of the Local Rules of Practice for the United States District Court for the District of Nevada, with each party bearing their own fees and costs.

///

///

///

1

Pursuant to the Court's Order (ECF No. 135) and the Settlement Agreement and Release of all Claims (ECF No. 131-1), the Court shall retain jurisdiction for purposes of overseeing and enforcing the Settlement Agreement and Release of all Claims.

DATED this 20th day of July, 2020.              DATED this 20th day of July, 2020.

OFFICE OF THE GENERAL COUNSEL
WASHOE COUNTY SCHOOL DISTRICT

/s/Mary Frudden, Esq.                           By: /s/ Sara K. Montalvo, Esq.
Mary Frudden, Esq.                                  Sara K. Montalvo, Esq.
Attorney for Plaintiffs                             Neil A. Rombardo, Esq.
                                                    Christopher B. Reich, Esq.
                                                    Attorneys for all Defendants

## ORDER

IT IS HEREBY ORDERED that the above referenced case is dismissed with prejudice. Each party shall bear their own fees and costs.

Pursuant to the Court's Order (ECF No. 135) and the Settlement Agreement and Release of all Claims (ECF No. 131-1), the Court shall retain jurisdiction for purposes of overseeing and enforcing the Settlement Agreement and Release of all Claims.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 27, 2020.